**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Fleming, | ) Case No. 2:10-cv-01816-GMS |
| | ) |
| | ) **NOTICE OF DISMISSAL WITH** |
| Plaintiff, | ) **PREJUDICE** |
| | ) |
| vs. | ) |
| | ) |
| Cavalry Portfolio Services, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 3rd day of November, 2010.

                By:s/Marshall Meyers
                Marshall Meyers
                WEISBERG & MEYERS, LLC
                5025 North Central Ave., #602
                Phoenix, AZ 85012
                602 445 9819
                866 565 1327 facsimile
                mmeyers@AttorneysForConsumers.com
                Attorney for Plaintiff

1   Filed electronically on this 3rd day of November, 2010, with:

2   United States District Court CM/ECF system

3

4

5   By: s/Jessica DeCandia
         Jessica DeCandia
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28